IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HEINMILLER,

    Plaintiff,

    v.

ASBESTOS DEFENDANTS,

    Defendants.

No. C 09-05821 JSW

**ORDER RE STIPULATION AND VACATING HEARING**

    The Court has received the parties' Stipulation to Remand, filed on February 5, 2010. It is the Court's understanding, however, that the stay on the Conditional Transfer Order was lifted and that the Conditional Transfer Order was filed in the transferee court on January 29, 2010. Accordingly, the Court HEREBY VACATES the February 19, 2010 hearing on the motion to remand. The parties may re-submit their stipulation to the transferee court.

    **IT IS SO ORDERED.**

Dated: February 8, 2010

                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE