**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                            415.522.2000

February 9, 2010

**United States District Eastern District of Pennsylvania**
**601 Market Street**
**Philadelphia, PA 19106**

RE: CV 09-05821 JSW  JOHN HEINMILLER-v-ASBESTOS DEFENDANTS

Dear Clerk,

> Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need.  See
the attached instructions for details.


Please acknowledge receipt of the above documents on the attached copy of this letter.


Sincerely,
RICHARD W. WIEKING, Clerk


by:  Hilary D. Jackson
Case Systems Administrator


Enclosures
Copies to counsel of record